# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SAUL GONZALEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. EDCV 14-00099-VBF (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is DISMISSED with prejudice.

DATED:    February 25, 2015        *Valerie Baker Fairbank*

                                                      VALERIE BAKER FAIRBANK<br>                                                   UNITED STATES DISTRICT JUDGE